UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PREMIER ELECTION SOLUTIONS, INC., )<br>et al., )<br>)<br>Defendants. ) | Case No. 4:08CV01367 ERW |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendants' Motion to Reassign/Transfer Case in the Interest of Judicial Economy [doc. #22].

On December 23, 2008, Defendants Premier Election Solutions, Inc. and Sequoia Voting Systems filed the pending Motion, jointly requesting that the Court reassign the lawsuit to Magistrate Judge Thomas C. Mummert. On January 14, 2009, counsel for Plaintiff Avante International Technology, Inc. orally consented to Defendants' Motion. This Court finds that reassigning this case to Magistrate Judge Mummert will promote judicial economy and, thus, will grant the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Reassign/Transfer Case in the Interest of Judicial Economy [doc. #22] is **GRANTED**. The case is reassigned to Magistrate Judge Thomas C. Mummert. All further pleadings shall bear the cause number 4:08CV01367 TCM.

Dated this 20th Day of January, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE