

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

AVANTE INTERNATIONAL )
TECHNOLOGY, INC., )
　　　　　　　　　　　　　　　　　　　　 )
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　 )
　　　　v. ) Case No. 4:08CV01367-TCM
　　　　　　　　　　　　　　　　　　　　 )
PREMIER ELECTION SOLUTIONS, INC., )
AND SEQUOIA VOTING SYSTEMS, )
　　　　　　　　　　　　　　　　　　　　 )
　　　　Defendants. )

**MOTION:** ✓ Granted ____
Denied ____
Overruled ____
Date ____
/s/ 5/13/09

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to the Case Management Order, the parties' Joint Claim Construction and Prehearing Statement is due May 15, 2009. Defendants, Premier Election Solutions, Inc. and Sequoia Voting Systems, respectfully request one additional week, through Friday, May 22, 2009, to file the Joint Claim Construction and Prehearing Statement.

The requested extension of time will not impact the schedule for claim construction briefing or the July 9 hearing. Counsel for Avante does not oppose this request.

Respectfully submitted,

Dated: May 12, 2009

PREMIER ELECTION SOLUTIONS, INC.　　　　　SEQUOIA VOTING SYSTEMS

By: /s/Jennifer E. Hoekel　　　　　　　　　　　　By: /s/ Peter T. Ewald
　　Robert M. Evans, Jr.　　　　　　　　　　　　　　James A. Oliff
　　Jennifer E. Hoekel　　　　　　　　　　　　　　　John W. O'Meara
　　Sara W. Gillette　　　　　　　　　　　　　　　　Peter T. Ewald
　　SENNIGER POWERS　　　　　　　　　　　　　　　J. Gregory Whitehair
　　100 N. Broadway, 17th Floor　　　　　　　　　　OLIFF & BERRIDGE, PLC
　　St. Louis, MO 63102　　　　　　　　　　　　　　277 South Washington Street, Suite 500
　　Phone: (314) 231-5400　　　　　　　　　　　　　Alexandria, VA 22314
　　Fax: (314) 231-4342　　　　　　　　　　　　　　Telephone: (703) 836-6400
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (703) 836-2787