IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

```
MOTION:
Granted    ✓
Denied    _____
Overruled_____
Date    _____
⌐RM⌐ 5/13/⌐5
```

| | |
|---|---|
| AVANTE INTERNATIONAL TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) |
| v. | ) |
| PREMIER ELECTION SOLUTIONS, INC. AND SEQUOIA VOTING SYSTEMS, | ) ) ) |
| Defendants. | ) ) ) |

Case No. 4:08-cv-01367-TCM

**Jury Trial Demanded**

## JOINT REQUEST FOR EXTENTION OF TIME TO FILE DESIGNATION OF NEUTRAL AND ADR CONFERENCE REPORT FORM

Plaintiff Avante International Technology, Inc. and Defendants Premier Election Solutions, Inc. and Sequoia Voting Systems respectfully request an additional 7 days, up to and including May 19, 2009, in which to file a Designation of Neutral and ADR Conference Report form and provide Neutral with copy of order referring case to ADR.

The parties are actively selecting a mediator and coordinating a mediation date.

**SO ORDERED:** _____